**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF COMMERCE,<br>Defendant. | ) | Civil Action No. 22-1884 (ABJ) |

**PLAINTIFF'S NOTICE**

Plaintiff hereby files this notice to inform the Court of its forthcoming motion for leave to file a surreply. Late yesterday, the Department of Commerce filed its reply in support of motion to consolidate. ECF No. 28. To the extent the Court is inclined to grant Commerce's motion, Plaintiff files this notice to respectfully request that the Court await Plaintiff's forthcoming motion for leave before resolving the motion to consolidate. As Commerce filled its reply with new arguments and flagrant violations of the rules governing confidentiality of settlement negotiations, Plaintiff requires time to compose that surreply and accompanying motion for leave.

Considering the speed with which the Court resolved Commerce's previous attempt to designate these cases as related, Plaintiff files this notice to inform the Court that it will file a motion for leave to file a surreply by November 1, 2023.

October 26, 2023

Respectfully submitted,

*/s/ Brian J. Field*

BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW
Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
E-mail: bfield@schaerr-jaffe.com

*/s/ Michael Ding*

MICHAEL DING
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: michael.ding@aflegal.org

*Counsel for Plaintiff America First Legal Foundation*